# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *

       v.        *

_Zurae Makharadze_    *

        **Defendant**        *

   *

Citation No(s): 2500291

Docket No: 12-MJ-03843

\* \* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| 32 CFR 228.09 Possession of illegal substance | — | — | — | — |
| | | | | |
| | | | | |

TOTAL DUE: $ —

Payment is due in full within seven days unless otherwise approved. Make check or money order payable to: CLERK, U.S. DISTRICT COURT. Include citation (ticket) number on check or money order and outside of the court-supplied envelope. Mail Defendant's copy and payment to: **U.S. COURTS – Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363.** Or you may pay online at: **www.cvb.uscourts.gov.**

☐ Waive Initial Appearance      ☐ Continue to Obtain License

☐ Continue for Payment      ☐ Continue to Retain Attorney

☐ Set for Trial      ☐ New Court Date: _____

☒ Dismissed by the Government      at: _____ a. m.

COMMENTS: _____

_____
Defendant's Signature

_____
Attorney for Defendant

_____
Assistant U.S. Attorney

12/7/12
_____
Date

*Original – Court*      *Yellow – Defendant*      *Pink – AUSA*

Plea Agreement (10/2011) Triple